# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GARY L. MOCK,

          **Plaintiff,**

-vs-                                      Case No. 6:04-cv-1415-Orl-28KRS

BELL HELICOPTER TEXTRON, INC.,

          **Defendant.**

## ORDER

This case is before the Court on Defendant's Motion to Dismiss Plaintiff's Texas State Law Claim (Doc. No. 43) filed August 25, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 26, 2005 (Doc. No. 52) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant's Motion to Dismiss Plaintiff's Texas State Law Claim (Doc. No. 43) is **GRANTED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this  28  day of November, 2005.

                                                                                            _____
                                                                                            JOHN ANTOON II
                                                                                            United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party