# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GARY L. MOCK,**

                    **Plaintiff,**

**-vs-**                                                             **Case No. 6:04-cv-1415-Orl-28KRS**

**BELL HELICOPTER TEXTRON, INC.,**

                    **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **DEFENDANT'S UNOPPOSED MOTION TO DEPOSE RECORDS CUSTODIAN (Doc. No. 65)**
>
> **FILED:**       **January 18, 2006**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Defendant Bell Helicopter Textron, Inc., may take the deposition of the records custodian for Embry Riddle Aeronautical University at a place and time agreed to by the parties and the records custodian before the beginning of the trial term.

**DONE** and **ORDERED** in Orlando, Florida on January 20, 2006.

                                                                              *Karla R. Spaulding*
                                                                        KARLA R. SPAULDING
                                                           UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties