**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GARY L. MOCK,**

                **Plaintiff,**

**-vs-**                                        **Case No.  6:04-cv-1415-Orl-28KRS**

**BELL HELICOPTER TEXTRON, INC.,**

                **Defendant.**

---

## ORDER

This case is before the Court on Plaintiff's Motion to Review Taxation of Costs (Doc. No. 83) filed February 27, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be Granted in part with a further recommendation that the Bill of Costs (Doc. 80) be vacated and Plaintiff be ordered to pay costs in the amount of $5,155.66 to Defendant.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 31, 2006 (Doc. No. 88) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Bill of Costs (Doc. 80) is **VACATED** and Plaintiff is ordered to pay costs in the amount of $5,155.66 to Defendant within thirty (30) days of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___Z Z___ day of June,

2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

-2-