# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GARY L. MOCK,

                                Plaintiff,

-vs-                                                    Case No.  6:04-cv-1415-Orl-28DAB

BELL HELICOPTER TEXTRON, INC.,

                                Defendant.
_____

## ORDER

        This cause came on for consideration with oral argument on the following motions filed

herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO COMPEL DAMAGES DOCUMENTS (Doc. No. 157)** |
| **FILED:** | **March 29, 2007** |
| **THEREON** it is **ORDERED** that the motion is **GRANTED in part**. | |
| **MOTION:** | **SUPPLEMENTAL MOTION TO COMPEL (Doc. No. 169)** |
| **FILED:** | **April 10, 2007** |
| **THEREON** it is **ORDERED** that the motion is **GRANTED in part**. | |

        Defendant is **ORDERED** to produce by **2:00 p.m. on April 27, 2007** the complete salary

records for Mr. Allison and the missing trimester (or annual) documents listed in Doc. No. 183 *or*

provide a certification to Plaintiff that the documents are missing and the efforts made to search for

them.  This ruling ordering production of certain documents is without prejudice to Defendant's

asserting of objections at the damages hearing based on relevance and timeliness and failure to list

the exhibits as required.

| | |
|---|---|
| **MOTION:** | **MOTION FOR LEAVE TO FILE A REPLY (Doc. No. 184)** |
| **FILED:** | **April 24, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED as moot** in light of the fact that oral argument was held.

| | |
|---|---|
| **MOTION:** | **MOTION TO AMEND/CORRECT THE REPLY (Doc. No. 185)** |
| **FILED:** | **April 25, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED as moot** in light of the fact that oral argument was held.

   **DONE** and **ORDERED** in Orlando, Florida on April 26, 2007.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record