# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GARY L. MOCK,**

          **Plaintiff,**

-vs-                                              **Case No. 6:04-cv-1415-Orl-28DAB**

**BELL HELICOPTER TEXTRON, INC.,**

          **Defendant.**

---

## ORDER

This case is before the Court on Plaintiff's Supplemental Motion for Further Trial Court Attorney's Fees (Doc. No. 335) filed September 16, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objections (Doc. Nos. 347 and 348) and Defendant's response thereto (Doc. No. 350), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 8, 2010 (Doc. No. 343) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Supplemental Motion for Further Trial Court Attorney's Fees (Doc. No. 335) is **DENIED without prejudice** to reassertion after completion of the appellate process.

DONE and ORDERED in Chambers, Orlando, Florida this ___16___ day of December, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party